UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RAYMOND E. MCCANN, II,

    Plaintiff

v

BRYAN FULLER; Special Representative for the ESTATE of JAMES BEDELL; MARCUS DONKER; MICHAEL SHANE CRIGER; VILLAGE OF CONSTANTINE; and as-yet UNKNOWN OFFICERS OF THE MICHIGAN STATE POLICE, CONSTANTINE POLICE DEPARTMENT;

    Defendants.

No. 1:19-cv-1032

HON. PAUL L. MALONEY

MAG. JUDGE PHILLIP J. GREEN

**DEFENDANTS FULLER AND CRIGER NOTICE OF SUPPLEMENTAL AUTHORITY**

---

Rachel Brady (IL#6312402)
Scott R. Drury (IL#6255867)
Frank Newell (IL#6290332)
Attorneys for Plaintiff
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
(312) 243-4900
drury@loevy.com
frank@loevy.com
brady@loevy.com

Eric M. Jamison (P75721)
Attorney for MSP Defendants Fuller and Criger
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov

G. Gus Morris (P32960)
McGraw Morris P.C.
Attorneys for Defs Village of Constantine, and Donker and Bedell Estate
2075 W. Big Beaver Rd., Ste. 750
Troy, MI 48084
(248) 502-4000
gmorris@mcgrawmorris.com

Defendants request that the Court take notice of a recent district court decision in the Eastern District that is relevant to this case. In *Fisher v Jordan, et al,* the Court found that there was probable cause for the arrest, which entitled the officers to qualified immunity under federal law and to governmental immunity under state law. The opinion explains that when evaluating the completeness of police reports and search warrant affidavits "it would place too much of a burden upon investigating police officers to require that they include all possibly mitigating items in their police reports in order to avoid potential liability." (Ex. A.)

        Respectfully submitted,

        /s/ *Eric M. Jamison*
        Assistant Attorney General
        Attorney for Defendants Fuller and Criger
        State Operations Division
        P.O. Box 30754
        Lansing, MI 48909
        (517) 335-7573
        jamisone@michigan.gov
        P75721

Dated: February 27, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ *Eric M. Jamison*
Assistant Attorney General
Attorney for Defendants Fuller and Criger
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov
P75721

2019-0275311-A