UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND E. McCANN, II,

    Plaintiff,

Case No. 19-cv-01032

v.

BRYAN FULLER,

Hon. Paul L. Maloney,
District Judge

    Defendant.

## VERDICT FORM

We, the jury, find by the preponderance of the evidence, as follows:

1. For Count 1, Plaintiff's Fourth Amendment claim for deprivation of liberty without probable cause, did Plaintiff prove that Defendant violated Plaintiff's constitutional right?

    YES ___✓___        NO _____

2. For Count 2, Plaintiff's Fourteenth Amendment Due Process fabricated evidence claim, did Plaintiff prove that Defendant violated Plaintiff's constitutional right?

    YES ___✓___        NO _____

3. For Count 3, Plaintiff's state law claim, did Plaintiff prove that Defendant maliciously caused or continued the prosecution for perjury without probable cause?

    YES ___✓___        NO _____

Page 1 of 2

4. If you answered "yes" to one or more of questions 1, 2 or 3, answer the following question.

What amount of damages has Plaintiff proven will compensate him for the injuries caused by Defendant?

$ __12,500,000__

5. If you answered "yes" to either question 1 or 2, answer the following question.

A. Has Plaintiff proven he is entitled to punitive damages?

YES __✓__       NO _____

B. If you chose yes to Part A above, what amount of damages has Plaintiff proven are sufficient to punish Defendant and to serve as a warning to the defendant and others not to engage in similar conduct?

$ __2,000,000__

**Please sign and date the form below:**

__Allison Logen__        __09/19/23__
Juror Foreperson                Date